UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>              v.<br><br>JOSEPH KRIGSFELD,<br><br>                         Defendant. | 19 Cr. 68 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

  The Clerk of Court is directed to modify the caption in this matter to conform to the above.

  SO ORDERED.

Dated: August 13, 2021
    New York, New York

                       KATHERINE POLK FAILLA
                       United States District Judge